UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

```
MOTION:
Granted   ✓
Denied
Overruled
Date
         5/13/09
```

| | |
|---|---|
| ANTHONY COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:08CV00266TCM |
| | ) |
| TODD A. GRIMES, et al., | ) |
| | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

COMES NOW Denise L. Thomas, Assistant Attorney General, and hereby withdraws as attorney of record in this case. Robert J. Isaacson, Assistant Attorney General, hereby enters his appearance as attorney of record on behalf of Defendants St. Louis Board of Police Commissioners, as a body and through its members Francis G. Slay, Julius Hunter, Christopher Goodson, JoAnn Freeman, and Vincent J. Bommarito; Todd A. Grimes and Michelle Vetter, and respectfully requests that all future pleadings, correspondence and other documents be forwarded to his attention at the address below.

Respectfully submitted,

CHRIS KOSTER
Attorney General

*Denise L. Thomas*
Denise L. Thomas #4538
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314) 340-7861 (Telephone)
(314) 340-7029 (Facsimile)