# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **ANTHONY COLLINS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|   vs. | )   Case no. 4:08cv0266 TCM |
| | ) |
| **TODD A. GRIMES, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the case is removed from the trial docket beginning **November 16, 2009**.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss the case, or a consented judgment. **Failure to timely comply with this Order may result in the dismissal of this action with prejudice**.

                                              /s/ Thomas C. Mummert, III
                                              THOMAS C. MUMMERT, III
                                              UNITED STATES MAGISTRATE JUDGE

Dated this  27th  day of  October, 2009.